## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Tami G. Pinson, ) | |
| ) | |
|    Plaintiff, ) | CV-13-1564-PHX-ROS |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | |
| Gurstel Chargo, P.A., ) | |
| ) | |
|    Defendant. ) | |
| ) | |

\_\_\_\_\_    **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff having accepted Defendant's Offer of Judgment, judgment is hereby entered in favor of Plaintiff Tami G. Pinson, and against Defendant Gurstel Chargo, P.A. in the amount of $1,500.00, with interest to accrue from the date of judgment until satisfied.

    Date: August 20, 2013

    BRIAN D. KARTH
    Clerk/DCE

     S/ L. Patton
    (By) L. Patton, Deputy Clerk

cc: all counsel