1  Floyd W. Bybee, #012651
   **BYBEE LAW CENTER, PLC**
2  90 S. Kyrene Rd., Ste. 5
   Chandler, AZ 85226-4687
3  Office: (480) 756-8822
   Fax: (480) 302-4186
4  floyd@bybeelaw.com

5  Attorney for Plaintiff

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF ARIZONA**

| | |
|---|---|
| Tami G. Pinson, | No.  CV13-1564-PHX-ROS |
| Plaintiff, | |
| v. | **NOTICE OF DISMISSAL OF ALL PENDING CLAIMS WITH PREJUDICE** |
| Gurstel Chargo, P.A., | |
| Defendant. | |

Plaintiff, by and through counsel, hereby gives notice of dismissal of all pending claims, including Plaintiff's motion for costs and attorney's fees, against all parties with prejudice, with each party to bear its own attorney's fees and costs.

/ / /

/ / /

RESPECTFULLY SUBMITTED: September 13, 2013 .

    s/ Floyd W. Bybee
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 13, 2013 the attached document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jennifer Wiedle
Gurstel Chargo, PA
9320 E. Raintree Dr.
Scottsdale, AZ 85260-2016
Attorney for Defendant

by   s/ Floyd W. Bybee